**Gayle M. PETERSEN, Petitioner**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent**

**2016-1690**

United States Court of Appeals, Federal Circuit.

January 13, 2017

WENDELL C. ROBINSON, Law Offices of Wendell C. Robinson, Washington, DC, argued for petitioner.

KATRINA LEDERER, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by BRYAN G. POLISUK.

## JUDGMENT

Per Curiam (Lourie, O'Malley, and Taranto, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**